UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In re: | ) | |
|---|---|---|
| | ) | Case No. 14-25857-mdm |
| LATANYA N. JONES, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

LaTanya Jones has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue, Room 126
> Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Nathan E. DeLadurantey
> DeLadurantey Law Office, LLC
> 735 W. Wisconsin Avenue, Suite 720
> Milwaukee, WI  53233

If you or your attorney does not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

    A. __X__ the Debtor;

    B. _____ the Chapter 13 Trustee (post-confirmation modifications only);

    C. _____ the holder of an unsecured claim (Name:) (post-confirmation only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. __X__ post-confirmation;

    B. _____ pre-confirmation (Select i. or ii.);

    i. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (LBR 3015(b)); or

    ii. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: Temporarily suspend plan payments.

4. The reason(s) for the modification is/are: The debtor has suffered a loss of income due to an accident and required medical procedure.

5. Select A. or B.

    A. _____ The Chapter 13 Plan confirmed or last modified on __ is modified as follows:

    B. __X__ The unconfirmed Chapter 13 Plan dated March 18, 2015, is modified as follows:

    > **i. The debtor's plan payments shall be suspended for the months of June and July 2015 while the debtor awaits return of her usual income.**
    > **ii. Beginning in August 2015, the debtor shall resume regular payments of $685 per month to the Trustee.**

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

I, Nathan E. DeLadurantey, attorney for debtor, LaTanya Jones, certify that I have reviewed the modification proposed above with the debtor, and that the debtor has authorized me to file it with the court.

| /s/ Nathan E. DeLadurantey | June 16, 2015 |
|---|---|
| Counsel for the debtors | Date |

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated: <u>June 16, 2015</u>.

DeLadurantey Law Office, LLC
Attorneys for Debtor

/s/
By: Nathan E. DeLadurantey
State Bar No. 1063937

Drafted by:
Daniel T. Beasley
SBN 1092029
735 W Wisconsin Ave., Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
dan@dela-law.com

3

A copy of the foregoing filed electronically on June 16, 2015, with:

Clerk, U.S. Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

Copies of the foregoing mailed or sent electronically if the party named accepts electronic service on June 16, 2015:

Office of the U.S. Trustee
517 East Wisconsin Avenue, #430
Milwaukee, WI 53202

Trustee Rebecca R. Garcia
P.O. Box 3170
Oshkosh, WI 54903-3170

The attached list of creditors

/s/Daniel Beasley
(Electronically filed by)

4

Case 14-25857-beh    Doc 38    Filed 06/16/15    Page 4 of 4