UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-25857-mdm |
| LATANYA N. JONES, ) | Chapter 13 |
| ) | |
| Debtor. ) | |

**OBJECTION TO TRUSTEE'S MOTION TO DISMISS**

Please take notice that the debtor, LaTanya N. Jones, by her attorneys, DeLadurantey Law Office, LLC, by Nathan E. DeLadurantey, hereby objects to the Motion to Dismiss as brought by Rebecca R. Garcia, Chapter 13 Trustee.

The debtor asserts that she failed to submit all plan payments due to an emergency medical procedure that has prevented her from working. She meets with her doctor on November 12, and will have more information then on when she will be able to return to work and resume regular plan payments. The debtor would like to resume plan payments and complete her Chapter 13 case as soon as she is able to return to work. Additionally, she will forward copies of her 2014 tax returns to the trustee.

The debtor respectfully requests that the Court schedule a hearing on the matter.

Dated: November 10, 2015.

DeLadurantey Law Office, LLC
Attorneys for Debtor

/s/
By: Nathan E. DeLadurantey
State Bar No. 1063937

Drafted by:
Daniel T. Beasley
SBN 1092029
735 W Wisconsin Ave., Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
dan@dela-law.com